```
                                            FILED
                                    CLERK, U.S. DISTRICT COURT

                                        SEP 16 2010

                                    CENTRAL DISTRICT OF CALIFORNIA
                                    BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARLOS LEON, | No. CV 09-04187-R (VBK) |
| Petitioner, | JUDGMENT |
| v. | |
| M. MARTEL, | |
| Respondent. | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

**IT IS ADJUDGED** that the Petition is dismissed with prejudice.

DATED: September 16, 2010

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE